STATE OF NORTH CAROLINA v. FRANK BOYETTE

No. 742SC72

(Filed 1 May 1974)

APPEAL by defendant from *Godwin, Judge,* 13 August 1973 Session of Superior Court held in BEAUFORT County. Argued in the Court of Appeals 9 April 1974.

State v. Tilley

Defendant was charged in a warrant (1) with a second offense of driving a motor vehicle upon a public highway while under the influence of intoxicating liquor, and (2) with resisting arrest.

Defendant was found guilty of both charges in the District Court. He appealed to Superior Court where he was tried *de novo* upon the warrant. He was found guilty by the jury.

*Attorney General Morgan, by Associate Attorney Wallace, for the State.*

*LeRoy Scott and Franklin B. Johnston for the defendant.*

BROCK, Chief Judge.

We have reviewed defendant's assignments of error. They present no new or novel question. In our opinion, defendant received a fair trial which was free from prejudicial error.

No error.

Judges PARKER and BALEY concur.